The People of the State of New York, Respondent,
against
Christopher Thomas, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Robert M. Mandelbaum, J.), rendered June 1, 2012, after a nonjury trial, convicting him of attempted assault in the third degree and harassment in the second degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Robert M. Mandelbaum, J.), rendered June 1, 2012, affirmed.
The verdict, in which the court rejected defendant's justification defense, was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis upon which to disturb the court's determinations concerning credibility. The victim's testimony, corroborated by that of a disinterested witness, established that defendant punched the retreating victim without provocation and then kicked him while he was on the ground (see People v Artis, 8 AD3d 135, 135 [2004], lv denied 3 NY3d 670 [2004]). 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: October 17, 2016